IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**CATHERINE M. STARR**                                                                 **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 2:05CV2107-KS-JMR**

**DAIMLER CHRYSLER CORPORATION,**
**C.E.O. and PRESIDENT,**
                                                                                                **DEFENDANTS**

## JUDGMENT

This matter is before the court on Motion to Dismiss **[#4]** filed on behalf of the defendants. The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the Motion to Dismiss **[#4]** is Granted and the plaintiff's Complaint is dismissed for lack of subject matter jurisdiction;

That any other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 14th day of June, 2006.


                             s/ *Keith Starrett*
                             UNITED STATES DISTRICT JUDGE